IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL NOAH SPOHN,

        Plaintiff,                      No. CIV S-12-0101 DAD P

    vs.

MAX MUCKLOW, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized official.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Although plaintiff has explained that jail officials have refused to complete the certificate portion of his application, plaintiff will be ordered to re-submit the in forma pauperis application to jail officials for completion and to show jail officials this court order.  Alternatively, plaintiff may submit a certified copy of his trust account statement for the six-month period preceding the filing of his civil rights action.

/////

/////

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court shall provide plaintiff with another copy of the in forma
3  pauperis application used by this court; and

4       2. Within thirty days from the date of this order, plaintiff shall submit a fully
5  completed in forma pauperis application with the certificate portion completed and signed by the
6  authorized jail official, or a certified copy of his inmate trust account statement for the six-month
7  period preceding the filing of this action.  Plaintiff's failure to comply with this order will result
8  in a recommendation that this action be dismissed without prejudice.

9  DATED: January 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
spoh0101.3c