IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL NOAH SPOHN,

     Plaintiff,                   No. CIV S-12-0101 DAD P

    vs.

MAX MUCKLOW, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized official. See 28 U.S.C. § 1915(a)(2). Although plaintiff has explained that jail officials have refused to complete the certificate portion of his application, plaintiff will be ordered to re-submit the in forma pauperis application to jail officials for completion and to show jail officials this court order. Alternatively, plaintiff may submit a certified copy of his trust account statement for the six-month period preceding the filing of his civil rights action.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

2. Within thirty days from the date of this order, plaintiff shall submit a fully completed in forma pauperis application with the certificate portion completed and signed by the authorized jail official, or a certified copy of his inmate trust account statement for the six-month period preceding the filing of this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
spoh0101.3c

2