IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL NOAH SPOHN,

        Plaintiff,                  No. 2:12-cv-00101-LKK-DAD P

    vs.

MAX MUCKLOW, et al.,

        Defendants.            <u>ORDER FOR PAYMENT</u>

_____/        <u>OF INMATE FILING FEE</u>

To: The Sheriff of Trinity County, Attention: Inmate Trust Account, 101 Memorial Drive, Weaverville, CA 96093:

        Plaintiff, an inmate at Trinity River Conservation and proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Trinity County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's trust account each time the amount in

1

1  the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.
2  § 1915(b)(2).
3        Good cause appearing therefore, IT IS HEREBY ORDERED that:
4        1. The Sheriff of Trinity County or a designee shall collect from plaintiff's trust
5  account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as
6  set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall
7  be clearly identified by the name and number assigned to this action.
8        2. Thereafter, the Sheriff of Trinity County or a designee shall collect from
9  plaintiff's trust account monthly payments from plaintiff's trust account in an amount equal to
10 twenty percent (20%) of the preceding month's income credited to the prisoner's trust account
11 and forward payments to the Clerk of the Court each time the amount in the account exceeds
12 $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has
13 been paid in full.  The payments shall be clearly identified by the name and number assigned to
14 this action.
15       3. The Clerk of the Court is directed to serve a copy of this order and a copy of
16 plaintiff's signed in forma pauperis affidavit on the Sheriff of Trinity County, Attention:  Inmate
17 Trust Account, 101 Memorial Drive, Weaverville, CA 96093:
18       4. The Clerk of the Court is directed to serve a copy of this order on the Financial
19 Department of the court.
20 DATED: September 14, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24 DAD:4
spoh0101.cdc