1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL NOAH SPOHN,

11            Plaintiff,                    No. 2:12-cv-00101-LKK-DAD P

12       vs.

13   MAX MUCKLOW, et al.,

14            Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

15   _____/

16            By order filed September 17, 2012, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  Thirty days from the date of service of that

18   order have now passed, and plaintiff has not filed an amended complaint, or otherwise responded

19   to the court's order.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: October 29, 2012.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   spoh101.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26